UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

May 29, 2012

Stephen G Gleboff
Little Pedersen Fankhauser LLP
901 Main St
Ste 4110
Dallas, TX 75202

Attorney Admissions Record: 4:00−mc−61831

Dear Counsel:

   The term of your admission to practice before the United States District Court for the Southern District of Texas will expire one month from the date of this notice. In an effort to improve customer service, attorney membership renewals can now be done online.

   If you received this notice electronically, you are a registered Filing User of the Court's Electronic Filing System (ECF). Instructions on how to renew your membership online, including electronic payment of the renewal fee can be found on our website at http://www.txs.uscourts.gov/attorneys/admissions/membershiprenewal.htm. If you do not remember your login and password, a written request to obtain your login and password must be submitted by email to Houston−Atty−Adm@txs.uscourts.gov.

   If you received this notice by mail, you are not a registered Filing User of the Court's Electronic Filing System (ECF). Under the Courts Administrative Procedures for our Electronic Filing System (ECF), attorneys admitted to the bar of this Court are required to register as Filing Users of the Court's Electronic Filing System. Information on how to become a Filing User can be found on our website at http://www.txs.uscourts.gov/attorneys/cmecf/district/registration.htm. Once you have registered, please go to the link referenced in the preceding paragraph for renewal instructions.

   If you do not renew your membership before your term expires, you will be dropped from the roll of admitted attorneys. Any application after the deadline will be an original application, requiring re−approval, attendance at a workshop, and payment of the $176 application fee.

                                        Sincerely,

                                        DAVID BRADLEY, Clerk of Court

                                        By: C. Sonnier, Deputy Clerk